**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2448

TASSIE REE LANGLEY,

Plaintiff - Appellant,

versus

TOWN OF SHARPSBURG, NC; M. L. FELLNER, Officer; JOEL BATCHELOR, Officer; BILLY PERNELL, Sharpsburg Police Chief; GEORGE BOTTOMS, Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-02-269-BO)

Submitted: April 20, 2005          Decided: April 28, 2005

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tassie Ree Langley, Appellant Pro Se. Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tassie Ree Langley appeals the district court's order granting summary judgment for Defendants in her action under 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Langley v. Pernell, No. CA-02-269-BO (E.D.N.C. Oct. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED